IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES A. MURPHY, II,

    Plaintiff,

v.                                  CASE NO.: 3:08cv531/MCR/MD

CITY OF NICEVILLE, BRIAN
CRUTTENDEN, in his official
capacity, and RANDY SALLEE,
in his individual capacity,

    Defendants.
_____/

## ORDER OF DISMISSAL

This cause is before the court upon the Notice of Voluntary Dismissal filed by Plaintiff. (Doc. 25). Upon consideration of the foregoing, the above-entitled action is **DISMISSED** without prejudice, each party to bear their respective fees and costs. The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 11th day of September, 2009.

                                                 _s/ M. Casey Rodgers_
                                             **M. CASEY RODGERS**
                                             **UNITED STATES DISTRICT JUDGE**